■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK EDWARD BAILEY, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego County Court, Murray, J. — robbery, first degree.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ FRANK P. PLETO, JR., Appellant, LINDA M. PLETO, Respondent. — Order unanimously affirmed, with costs. Memorandum: Except in the most compelling circumstances, which are not present in this case, the parties to a matrimonial action should not waste their assets and court's time seeking review of an order of temporary alimony (see *Sterlace v Sterlace,* 63 AD2d 450, 453). A prompt trial is the most effective means to resolve any claimed inequities in temporary alimony awards (see *Chernofsky v Chernofsky,* 90 AD2d 765; *Hahn v Hahn,* 65 AD2d 782; *Steinfink v Steinfink,* 65 AD2d 621). (Appeal from order of Supreme Court, Erie County, Cook, J. — temporary maintenance and child support.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of DONALD G. HOUGHTON, an Attorney. — A certified copy of the judgment of conviction of Donald G. Houghton, an attorney, in the Monroe County Court, of the crime of grand larceny, second degree, having been presented to this court, he is disbarred and his name is stricken from the roll of attorneys. Present — Dillon, P. J., Callahan, Doerr, Denman and Moule, JJ. (Order entered Nov. 22, 1983.)